IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL MAE ROLAND,<br><br>        Plaintiff,<br><br>   vs.<br><br>SOCIAL SECURITY ADMINISTRATION, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration; and OFFICE OF GENERAL COUNSEL SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendants. | 4:13CV3085<br><br>ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

IT IS ORDERED that Carol Mae Roland's Motion for Leave to Proceed In Forma Pauperis, (ECF No. 2) is granted.

Dated April 22, 2013.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge