IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL MAE ROLAND,<br><br>         Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration; and OFFICE OF GENERAL COUNSEL SOCIAL SECURITY ADMINISTRATION,<br><br>         Defendants. | 4:13CV3085<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

     The defendant, by and through its counsel of record, has requested a thirty-day extension of time in which to respond to the plaintiff's brief, ECF No. 14. In a telephone conversation with my judicial assistant, counsel for the plaintiff expressed no opposition to the motion.

     IT THEREFORE IS ORDERED that:

     1. the Motion for Extension of Time, ECF No. 14, is granted and the defendant shall on or before October 3, 2013, file and serve the defendant's response;

     2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

     3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

     Dated August 30, 2013.

                              BY THE COURT

                              _____
                              Warren K. Urbom
                              United States Senior District Judge